MICHELE BECKWITH
Acting United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>RUBEN MARTINEZ,<br><br>              Defendant. | Case No: 1:25-CR-00053-KES-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND SET TRIAL DATE; AND ORDER<br><br>DATE:   May 28, 2025<br>TIME:   1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |

   THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Luke Baty, counsel for the government, and Mai Shawwa, counsel for Ruben Martinez ("the defendant"), that this action's **Wednesday, May 28, 2025, status conference be continued to Wednesday, August 13, 2025, at 1:00 p.m.**   The parties likewise ask the court to endorse this stipulation by way of formal order.

   The parties base this stipulation on good cause. Specifically,

   1. By previous order, this matter was set for a status conference on May 28, 2025, at 1:00 p.m. ECF 11.

   2. By this stipulation, the parties request that the status conference be continued to August 13, 2025, at 1:00 p.m.

1

3. The government has represented that the discovery associated with this case, including investigative reports and related documents, and photos have been either produced directly to counsel and/or made available for inspection and copying. The defense is and has been reviewing discovery thus far provided. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

4. Defense counsel believes that failure to grant the above-requested continuance and time exclusion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The parties therefore stipulate that the period of time from May 28, 2025, through August 13, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: May 22, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: May 22, 2025

By: /s/ MAI SHAWWA
MAI SHAWWA
Counsel for Defendant

2

**O R D E R**

IT IS ORDERED that the status conference currently set for May 28, 2025 at 1:00 pm is continued until **August 13, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**

IT IS FURTHER ORDERED THAT the period of time from **May 28, 2025,** through **August 13, 2025,** is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 23, 2025**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE