KIMBERLY A. SANCHEZ
Acting United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:25-CR-00053-KES-BAM |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA; ORDER |
| v. | |
| RUBEN MARTINEZ, | DATE: August 13, 2025 |
| Defendant. | TIME: 1:00 p.m. |
| | JUDGE: Hon. Barbara A. McAuliffe |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Luke Baty, counsel for the government, and Mai Shawwa, counsel for Ruben Martinez ("the defendant"), that this action's **Wednesday, August 13, 2025, status conference be vacated and a Change of Plea be set October 6, 2025, at 9:30 a.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. By previous order, this matter was set for a status conference on August 13, 2025, at 1:00 p.m. .

2. By this stipulation, the parties request that the status conference be vacated and a Change of Plea be set for October 6, 2025, at 9:30am

1

3. The government has represented that the discovery associated with this case, including investigative reports and related documents, and photos have been either produced directly to counsel and/or made available for inspection and copying. The defense is and has been reviewing discovery thus far provided. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

4. Defense counsel believes that failure to grant the above-requested continuance and time exclusion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The parties therefore stipulate that the period of time from August 13, 2025, through October 6, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: August 6, 2025                        KIMBERLY A. SANCHEZ
                                             Acting United States Attorney

                                         By: /s/ LUKE BATY
                                             LUKE BATY
                                             Assistant United States Attorney

Dated: August 6, 2025                    By:     /s/ MAI SHAWWA
                                                 MAI SHAWWA
                                             Counsel for Defendant

**O R D E R**

IT IS SO ORDERED that the status conference set for August 13, 2025, is vacated. A change of plea hearing is set for **October 6, 2025, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**.

IT IS FURTHER ORDERED THAT the period of time from **August 13, 2025,** through **October 6, 2025,** is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **August 6, 2025**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

3