1   **MAI SHAWWA**
Attorney At Law, SBN 236683
2   1226 L Street
Bakersfield, Ca 93301
3   Telephone:  (661) 348-4483
mai@shawwalaw.com
4
Attorney for RUBEN MARTINEZ
5

6

7                       UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            Case No: 1:25-CR-00053-KES-BAM

11                          Plaintiff,   STIPULATION TO CONTINUE CHANGE OF
                                         PLEA DATE; ORDER
12             v.

13  RUBEN MARTINEZ,                      DATE:   October 6, 2025
                                         TIME:   9:30 a.m.
14                          Defendant.   JUDGE: Hon. Kirk E. Sherriff

15

16

17        THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant

18  United States Attorney Luke Baty, counsel for the government, and Mai Shawwa, counsel for Ruben

19  Martinez ("the defendant"), that this action's change of plea currently set on **October 6, 2025 be**

20  **vacated and a Change of Plea be set December 15, 2025, at 9:30 a.m.**   Defendant's attorney needs

21  more time to discuss the plea agreement with Mr. Martinez.

22        Defense received the plea agreement on 9/11.  The defense attorney went on a two week

23  vacation on 9/18 and did not have a chance to meet with Mr. Martinez yet.

24        The parties stipulate that the period of time from **October 6, 2025,** through **December 15, 2025,**

25  is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

26
        IT IS SO STIPULATED.
27

28                                           1

Dated:  October 1, 2025                             By: ___/s/ MAI SHAWWA___

                                                    MAI SHAWWA

                                                    Counsel for Defendant


                                                    By:  /s/ LUKE BATY
Dated: October 1, 2025                              LUKE BATY
                                                    Assistant United States Attorney


## O R D E R

IT IS ORDERED that the Change of Plea currently set for October 6, 2025, at 9:30 a.m. is vacated.

IT IS FURTHER ORDERED THAT a Change of Plea hearing be set before the Honorable Kirk E. Sherriff on December 15, 2025, at 9:30 a.m.

IT IS FURTHER ORDERED THAT the period of time from **October 6, 2025,** through **December 15, 2025,** is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.


IT IS SO ORDERED.

  Dated:   October 1, 2025                    _____

                                              UNITED STATES DISTRICT JUDGE

2